# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GRAFTON,<br><br>        Plaintiff,<br><br>vs.<br><br>LAKEVIEW COMPANY, d/b/a Hacienda Hotel Casino,<br><br>        Defendant. | Case No.   2:12-cv-01420-LRH-PAL<br><br>**ORDER OF RECUSAL** |

    The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

    Based on the foregoing and good cause appearing therefor,

    **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

    DATED this 28th day of September, 2012.

                                                                       GEORGE FOLEY, JR.<br>
                                                                       U.S. MAGISTRATE JUDGE