# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GRAFTON, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-cv-01420-LRH-PAL |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LAKEVIEW COMPANY, ) | (Mot/Notc. For ENE - Dkt. #10) |
| ) | |
| Defendant. ) | |

Before the court is Plaintiff's Motion/Notice of Plaintiff's Request for Local Rule 16-6(b) Early Neutral Evaluation (Dkt. #10). On August 10, 2012, this case was referred to the ENE Program, listing Judge George Foley, Jr. as the ENE judge. Judge Foley Recused (Dkt. #11) on September 28, 2012, and Judge Carl W. Hoffman was Reassigned (Dkt. #13) as the ENE judge on September 28, 2012. In an Order (Dkt. #14) entered October 1, 2012, Judge Hoffman set an ENE for November 8, 2012. As this case has already been assigned to the ENE program, and an ENE has already been scheduled,

**IT IS ORDERED** that Plaintiff's Motion for ENE (Dkt. #10) is **DENIED as MOOT**.

Dated this 5th day of November, 2012.

_____
Peggy A. Leen
United States Magistrate Judge