# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GRAFTON,<br><br>          Plaintiff,<br><br>     vs.<br>HACIENDA HOTEL, INC., DOE individuals I through X inclusive; ROE CORPORATIONS I through X, inclusive.<br><br>          Defendants.<br> sti | Case No.: 2:12-cv-1420-LRH-PAL<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Kelly Grafton, an individual and Defendant Hacienda Hotel, Inc., a Nevada corporation hereby stipulate to the dismissal of all

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

claims in this case, with prejudice, with each party to bear its own fees, costs, and expenses.

DATED: December 10th, 2012                    DATED: December 10th, 2012

COGBURN LAW OFFICES                           PICO ROSENBERGER, LLC


s/ Larson A. Welsh Esq.                       s/ James Rosenberger, Esq.
Andrew L. Rempfer, Esq.                       James Rosenberger, Esq.
Nevada Bar No. 8628                           Nevada Bar No. 1047
Larson A. Welsh, Esq.                         1916 S. Maryland Parkway
Nevada Bar No. 12517                          Las Vegas, NV 89104
2879 St. Rose Parkway, Suite 200              Attorneys for Defendant
Henderson, NV 89052                           HACIENDA HOTEL, INC.
Attorneys for Plaintiff KELLY GRAFTON


## ORDER

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), all claims in this case are hereby dismissed, with prejudice, with each party to bear its own fees, costs and expenses.

DATED: this 11th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE